Richard D. SANDERS, Plaintiff—
Appellant,

v.

UNITED STATES DEPARTMENT
OF THE ARMY, Defendant—
Appellee.

No. 04–1691.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 14, 2004.

Decided Oct. 19, 2004.

Richard D. Sanders, Appellant pro se. Robert P. McIntosh, Office of the United

States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Richard D. Sanders appeals the district court's order dismissing his civil action finding that it is barred by res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Sanders v. United States Dep't of the Army,* No. CA–03–641–3 (E.D.Va. Apr. 20, 2004). We deny Sanders' motion opposing the government's request for an extension of time to file its informal brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*